DAVID R. GRIFFITH, ESQ. (SBN 170172)
GRIFFITH & HORN, LLP
1530 Humboldt Road, Suite 3
Chico, CA 95928
Telephone: (530) 812-1000
Facsimile: (530) 809-1093
E-mail: david@davidgriffithlaw.com

Attorneys for Defendants,
TERRANCE OLLIFF and DIANNE L. OLLIFF
Individually and as Trustees of the Olliff Family Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRINDSTONE INDIAN RANCHERIA, et al<br><br>Plaintiff<br><br>vs.<br><br>TERRANCE OLLIFF et al<br><br>Defendants. | Case Number: 2-17-cv-02292-JAM-EFB<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271, AND ORDER** |

///

///

///

///

///

///

///

///

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program for mediation.

SO STIPULATED.

Dated: November 18, 2019.  /S/ *Jack Duran, Jr.*
Jack Duran, Jr., Counsel for Plaintiff,
Grindstone Rancheria

Dated: November 18, 2019.  /S/ *David R. Griffith*
David R. Griffith, Counsel for Defendants,
Terrance Olliff, et al.

## ORDER

This action is submitted to the Voluntary Dispute Resolution Program for mediation.

**IT IS SO ORDERED.**

**Dated:  November 18, 2019**  /s/ John A. Mendez
**Judge of Federal District Court
Eastern District of California**