DAVID R. GRIFFITH, ESQ.  (SBN 170172)
JAMESON E.P. SHEEHAN, ESQ. (SBN 327287)
GRIFFITH HORN & SHEEHAN, LLP
1530 Humboldt Road, Suite 3
Chico, California 95928
Telephone: (530) 812-1000
Facsimile: (530) 809-1093
Email: david@davidgriffithlaw.com
        jameson@griffithandhorn.com

Attorneys for Defendants,
TERRANCE OLLIFF and DIANNE L. OLLIFF,
Individually and as Trustees of the Olliff Family Trust.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRINDSTONE INDIAN RANCHERIA, et al, | Case No.: 2-17-cv-02292-JAM-EFB |
| Plaintiffs, | **STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE; AND ORDER** |
| v. | |
| TERRANCE OLLIFF, et al., | |
| Defendants. | |

Plaintiff GRINDSTONE INDIAN RANCHERIA, et al. ("PLAINTIFFS"), and Defendants TERRANCE OLLIFF, et al. ("DEFENDANTS" and collectively with PLAINTIFFS the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

### Recitals

**A. WHEREAS**, the cut-off date for all discovery to be completed herein is currently set for March 5, 2021. [Dkt. #47]

**B. WHEREAS**, trial is set to commence herein on July 26, 2021.

**C. WHEREAS**, the Parties are currently conducting and scheduling final depositions for parties and experts. Due to scheduling issues, the Parties will not be able to complete all depositions prior to the discovery cut-off date on March 5, 2021.

**D. WHEREAS**, the Parties agree that any extension on the discovery cut-off date closer to the trial date by 30-45 days will not prejudice either PLAINTIFFS or DEFENDANTS nor delay the Parties' ability to proceed with trial as currently set on July 26, 2021.

1    **E. THEREFORE**, the Parties request the entry of an order that extends the discovery cut-off

2    date from March 5, 2021 to April 2, 2021.

3                                              <u>**Plaintiffs**</u>

4           I have read and approve the above stipulation and the accompanying form of Order.

5                                              DURAN LAW OFFICE

6    DATED: _____, 2021.    By:    /S/ *Jack Duran, Jr.*
                                               _____
7                                              Jack Duran, Jr., Esq.
                                               Attorney for Plaintiffs,
8                                              GRINDSTONE INDIANE RANCHERIA, et al.,

9

10                                             <u>**Defendants**</u>

11          I have read and approve the above stipulation and the accompanying form of Order.

12                                             GRIFFITH HORN & SHEEHAN, LLP

13   DATED: _____, 2021.    By:    /S/ *Jameson E.P. Sheehan*
                                               _____
14                                             David R. Griffith, Esq.
                                               Jameson E.P. Sheehan, Esq.
15                                             Attorneys for Defendants,
                                               TERRANCE OLLIFF and DIANNE L. OLLIFF,
16                                             Individually and as Trustees of the Olliff Family
                                               Trust.

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2        Having reviewed the stipulation by and between Plaintiff GRINDSTONE INDIAN

3  RANCHERIA, et al., and Defendants TERRANCE OLLIFF, et al., stipulating to and requesting the

4  entry of an order extending the discovery cut-off date from March 5, 2021 to April 2, 2021, and good

5  cause appearing:

6        **IT IS ORDERED** that the discovery cut-off date currently set for March 5, 2021 is extended to

7  April 2, 2021.

8        IT IS SO ORDERED.

9

10  DATED:  February 19, 2021                    /s/ John A. Mendez
                                                 _____
11                                               THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28