**CARDINALE FAYARD, APLC**
GREGORY T. FAYARD / Bar No. 212930
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
Email: greg.fayard@cardinalefayardlaw.com

Attorneys for Plaintiffs GRINDSTONE INDIAN RANCHERIA, et al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRINDSTONE RANCHERIA and ONE HUNDRED PLUS MEN, WOMEN AND CHILDREN LIVING ON THE GRINDSTONE INDIAN RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE OLLIFF, individually and as beneficiary/trustee of the Olliff Family Trust, DIANE L. OLLIFF, individually and as a beneficiary/trustee of the Olliff Family Trust and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-02292-DJC-JDP<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR FILING DISPOSITIONAL SETTLEMENT DOCUMENTS; ORDER**<br><br>**E.D. Cal. L.R. 160(b)**<br><br>FAC Filed:   March 3, 2018 |

On April 2, 2024, the parties participated in an in-person mediation before the Honorable Garrett Olney (ret.) in Chico, California, at Defendant Olliff's counsel's law office. Mr. Olliff was present as was the Grindstone Rancheria's general counsel, Jack Duran. A tribal representative was not present due to an unforeseen illness. Nevertheless, the parties reached an agreement to resolve the entire case. A settlement agreement was then drafted, shared, and signed by a Grindstone Rancheria tribal representative. After the parties advised the court of the global settlement, a second mediation session involving Mr. Olliff, his counsel, and Judge Olney became necessary. That second mediation session was scheduled for May 7, 2024 at 1 p.m. However, the

second mediation session did not occur and had to be rescheduled for June 5, 2024 at 1 p.m.

The Tribe will participate in the second mediation on telephone standby. Judge Olney, Mr. Olliff, Mr. Olliff's significant other, and Mr. Olliff's counsel will attend the second mediation session in person. Since Mr. Olliff has not yet signed the settlement agreement, the parties cannot yet provide the final dispositional settlement documents. Therefore, the parties respectfully request the time to file said dispositional documents be extended to July 3, 2024.

IT IS SO STIPULATED.

Dated: May 16, 2024　　　　　　　**CARDINALE FAYARD APLC**

　　　　　　　　　　　　　　　　　*/s/ Gregory T. Fayard*
　　　　　　　　　　　　　　　　　By: Gregory T. Fayard
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: May 16, 2024　　　　　　　**GRIFFITH & HORN, LLP**

　　　　　　　　　　　　　　　　　*/s/ David R. Griffth*
　　　　　　　　　　　　　　　　　By: David R. Griffith
　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　TERRANCE OLLIFF,
　　　　　　　　　　　　　　　　　Individually and as Trustee of the Olliff Family Trust

*Mr. Griffith gave his consent that this document be filed via CM-ECF.

## **ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The time to file the final settlement dispositional documents for this matter is hereby extended to July 3, 2024.

**IT IS SO ORDERED.**

Dated:  May 20, 2024　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE