**CARDINALE FAYARD, APLC**
GREGORY T. FAYARD / Bar No. 212930
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
Email: greg.fayard@cardinalefayardlaw.com

Attorneys for Plaintiffs GRINDSTONE INDIAN RANCHERIA, et al.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRINDSTONE RANCHERIA and ONE HUNDRED PLUS MEN, WOMEN AND CHILDREN LIVING ON THE GRINDSTONE INDIAN RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>TERRENCE OLLIFF, individually and as beneficiary/trustee of the Olliff Family Trust, DIANE L. OLLIFF, individually and as a beneficiary/trustee of the Olliff Family Trust and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-02292-DJC-JDP<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR FILING DISPOSITIONAL SETTLEMENT DOCUMENTS; ORDER**<br><br>**E.D. Cal. L.R. 160(b)**<br><br>FAC Filed:        March 3, 2018 |

The parties previously advised the Court that, on April 2, 2024, they participated in an in-person mediation before the Honorable Garrett Olney (ret.) in Chico, California, at Defendant Olliff's counsel's law office. At that mediation, the parties agreed to a settlement framework of the entire case. However, after the mediation, additional issues required a second mediation session. That second mediation session occurred on June 5, 2024, with Mr. Olliff, his counsel and Judge Olney participating in person in Chico. The Tribe participated in the second mediation session telephonically through counsel.

The parties agreed to a revised settlement framework after the second mediation session. Counsel for the parties have recommended acceptance of the revised settlement framework to their clients—Mr. Olliff and the Tribe. The Tribe is holding a Tribal Business Meeting the week of July 7, 2024 in Elk Creek, California to vote to approve the revised settlement framework. Counsel for the Tribe will be present at that meeting and will recommend the revised framework be accepted.

As such, as of this filing, a fully executed revised settlement agreement, signed by both parties, has not yet been procured. In light of these developments, the parties respectfully request the time to file dispositional documents and proposed order be extended to July 19, 2024.

IT IS SO STIPULATED.

Dated: July 8, 2024  **CARDINALE FAYARD APLC**

/s/ Gregory T. Fayard
By: Gregory T. Fayard
Attorneys for Plaintiffs

Dated: July 8, 2024  **GRIFFITH & HORN, LLP**

/s/ David R. Griffth
By: David R. Griffith
Attorneys for Defendants,
TERRANCE OLLIFF,
Individually and as Trustee of the Olliff Family Trust

*Mr. Griffith gave his consent that this document be filed via CM-ECF.

## ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The time to file the final settlement dispositional documents and proposed order for this matter is hereby extended to July 19, 2024.

**IT IS SO ORDERED.**

Dated:  July 8, 2024            /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE