Gregory T. Fayard, Esq. (SBN 212930)
Melanie B. Chapman, Esq. (SBN 359536)
**CARDINALE FAYARD, APLC**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Telephone: (916) 244-9111
Email: greg.fayard@cardinalefayardlaw.com

Attorney for Plaintiffs,
GRINDSTONE INDIAN RANCHERIA, et al.

David R. Griffith, Esq. (SBN 170172)
Steven J. Chamberlin,. Esq. (SBN 350239)
**GRIFFITH & HORN, LLP**
1530 Humboldt Road, Suite 3
Chico, CA 95928
Telephone: (530) 812-1000
Email: david@davidgriffithlaw.com
         steven@griffithandhorn.com

Attorney for Defendants,
TERRANCE OLLIFF, Individually and as
Trustees of the Olliff Family Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRINDSTONE INDIAN RANCHERIA, et al.<br><br>Plaintiff<br><br>vs.<br><br>TERRANCE OLLIFF, et al.<br><br>Defendants. | Case Number: 2:17-cv-02292-DJC-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   October 31, 2017<br>Trial Date:             October 14, 2025 |

///

///

TO THE HONORABLE COURT:

Plaintiff Grindstone Indian Rancheria ("Plaintiff") and Defendant Terrence Olliff ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Parties have reached a written agreement resolving all claims in this matter, including the declaratory relief claim set for trial October 14, 2025, and the related trespass and other claims.

2. The Parties agree that neither Plaintiff nor Defendant owns the disputed land at issue in this case and located in Glenn County, California in Orland/Elk Creek (the Disputed Property), and that the Disputed Property is owned by a third party. The Disputed Property is a narrow strip measuring approximately 40 feet wide and .2 miles long between Plaintiff Grindstone Rancheria's Parcel 2, APN-090-025 to the East (right) acquired on or about February 28, 1994, and Defendant Terrence Olliff's property, APN 025-090-019 to the West (left) acquired on or about October 4, 1977. The Disputed Property is between a property line/mark recorded by George F. Pride on September 17, 1976 and a monument cedar post installed by Thomas Knock on or about May 3, 1893. Both of these marks/monuments/lines were recognized and accepted by the Bureau of Land Management (BLM) in a dependent re-survey on September 14, 2011. Specifically, the BLM recognized and accepted the locations of both the 1976 Pride and 1893 Knock property markers. The Disputed Property is north of Plaintiff Grindstone Rancheria's original parcel, APN 025-090-009, and south of parcel APN 025-090-025 held by the Pride Family Trust, Daryl Pride, Trustee. The Disputed Property is depicted below in orange with the properties in yellow belonging to or controlled by Plaintiff:



The Disputed Property is also included in **Exhibit A**, attached:

3. Specifically, the Parties agree that the Disputed Property is owned by the Pride Family Trust, Daryl Pride, Trustee.

4. The Parties further agree that neither party (including Tribal members, Defendant, and members of Defendant's household) shall occupy or use the Disputed Property in any manner, until and unless, they are given written permission by the lawful owner or until such time as either Party obtains legal ownership or use of the Disputed Property

5. The Parties (including Tribal members and members of Defendant's household) further agree to refrain from interacting with or communicating with each other in any way.

6. As a result of the agreements stated in above paragraphs 1 through 5, Plaintiff agrees to dismiss all claims in this action without prejudice.

7. The Parties request that the Court retain jurisdiction over this matter to enforce the terms of this stipulation, as well as the written separate agreement, including jurisdiction to ensure that neither party occupies or uses the Disputed Property unless and until it is legally permissible for them to do so, and to ensure that the Parties refrain from interacting with each other as agreed.

WHEREFORE, the Parties respectfully request that the Court enter the attached [Proposed] Order dismissing this action without prejudice and retaining jurisdiction to enforce the terms of this stipulation and the separate written agreement.

CARDINALE FAYARD, APLC

DATED: October 14, 2025        By: */s/ Gregory T. Fayard, Esq.*
                                   Attorney for Plaintiffs,
                                   GRINDSTONE INDIAN RANCHERIA, et al.

GRIFFITH & HORN, LLP

DATED: October 14, 2025        By: */s/ David R. Griffith, Esq.*
                                   Attorney for Defendant,
                                   TERRANCE OLLIFF, Individually and as Trustee of
                                   the Olliff Family Trust

Page **4** of **5**
Case No. 2:17-cv-02292-DJC-JDP
Stipulation and Order of Dismissal Without Prejudice

**ORDER**

The Court, having reviewed the Parties' Stipulation, and good cause appearing, hereby ORDERS as follows:

1. The Court accepts the Parties' Stipulation concerning the true owner of the Disputed Property and declares that The Pride Family Trust, Daryl Pride, Trustee, is the rightful owner of the Disputed Property.

2. Pursuant to the terms of the Stipulation, all claims in this action are DISMISSED WITHOUT PREJUDICE.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the Parties' stipulation and separate related agreement, including ensuring that neither party occupies or uses the Disputed Land until, and unless, legally permitted to do so and that the Parties refrain from interacting with each other as agreed.

4. The Court VACATES the Bench Trial set for October 15, 2025.

IT IS SO ORDERED.

Dated: October 14, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE